IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY D. HARRIS, JR.,

    Plaintiff,

v.

CARRIE SUTTER, TIM HAINES, KELLY TRUMM, CATHY JESS and SHANNAN FARGEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-153-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting defendant Carrie Sutter, Tim Haines, Kelly Trumm, Cathy Jess and Shannan Fargen's motion for summary judgment on plaintiff Larry Harris Jr.'s federal due process claims. Plaintiff's state-law claim is dismissed without prejudice to plaintiff brining it in state court.

/s/                                                               3/29/2016
Peter Oppeneer, Clerk of Court                     Date